**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 459 MAL 2023

           Respondent    :

                              :   Petition for Allowance of Appeal
                              :   from the Order of the Superior Court

           v.                  :

                              :

DENNIS TOBY,                  :

                              :

           Petitioner    :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 20th day of February, 2024, the Petition for Allowance of Appeal is **DENIED**.

     Justice McCaffery did not participate in the consideration or decision of this matter.